# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| PAMELA WIEGAND & STEVEN, WEIGAND, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-72 (WLS) |
| | : | |
| MICHELIN NORTH AMERICA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Plaintiffs' Motion to Compel Production (Doc. 34), filed on July 1, 2024, as well as Defendant's Motion to Compel (Doc. 37), filed on August 16, 2024, and Defendant's Motion for Evidentiary Sanctions Based on Spoilation of Evidence (Doc. 38), filed on August 20, 2024. Defendant's response (Doc. 36) to Plaintiffs' motion was filed on July 19, 2024.

The Court has determined that an evidentiary hearing is necessary to resolve the Motions. Accordingly, the Court hereby **ORDERS** that an in-person, evidentiary hearing on Plaintiffs' Motion to Compel and Defendant's Motions to Compel and for Evidentiary Sanctions is scheduled for **Wednesday, October 2, 2024, at 2:00 PM**.

**SO ORDERED**, this 22nd day of August 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**