# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| PAMELA WIEGAND & STEVEN, WEIGAND, : : : | |
| Plaintiffs, : : | |
| v. : : | CASE NO.: 7:23-CV-72 (WLS) |
| MICHELIN NORTH AMERICA, INC., : : | |
| Defendant. : : : | |

## ORDER

On August 22, 2024, the Court scheduled an evidentiary hearing on Plaintiffs' Motion to Compel Production (Doc. 34), Defendant's Motion to Compel (Doc. 37), and Defendant's Motion for Evidentiary Sanctions Based on Spoilation of Evidence (Doc. 38) for October 2, 2024. The Court continued the hearing to October 23, 2024, upon Defendant's filing of an unopposed motion to continue. Thereafter, Defendant withdrew its Motion to Compel (Doc. 37) on September 11, 2024, and filed a Motion to Exclude the Testimony of David Southwell (Doc. 47).

This Order is to instruct the Parties in advance of the upcoming hearing as to the subject matter of that hearing. The Court will not hear any arguments related to Defendant's Motion to Exclude Testimony (Doc. 47) at this time, or any other matter in the instance case, except as follows. The Court will hear arguments and receive evidence regarding only Plaintiffs' Motion to Compel (Doc. 34) and Defendant's Motion for Evidentiary Sanctions (Doc. 38).

**SO ORDERED**, this 17th day of October 2024.

/s/ W. Louis Sands  
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1