IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PAMELA WIEGAND & STEVEN, WEIGAND, | : :  : |
| Plaintiffs, | : : |
| v. | : : CASE NO.: 7:23-CV-72 (WLS) |
| MICHELIN NORTH AMERICA, INC., | : : |
| Defendant. | : : : |

## **ORDER**

Before the Court is the Parties' Joint Notice of Settlement and Motion to Vacate All Deadlines (Doc. 51), filed on October 22, 2024. Therein, the Parties notify the Court that they have agreed to settle the above-captioned case, and that counsel for the Parties are currently in the process of preparing the appropriate settlement documents. The Parties request a period of thirty (30) days to finalize the settlement and to file a stipulation of dismissal of all claims. Additionally, the Parties ask the Court to vacate all deadlines, including the evidentiary hearing on Plaintiffs' Motion to Compel (Doc. 34) and Defendant's Motion for Evidentiary Sanctions (Doc. 38) scheduled to take place on October 23, 2024.

For good cause, the Parties' Joint Motion (Doc. 51) is **GRANTED-IN-PART**. To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a joint stipulation of dismissal of all claims by **no later than Friday, November 22, 2024,** or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed. Further, the evidentiary hearing scheduled for Wednesday, October 23, 2024, is **CANCELED**. All pending deadlines that have not elapsed are hereby **SUSPENDED** until the Parties have filed such a stipulation of dismissal or motion, or as may otherwise be ordered by the Court.

Additionally, in light of the Parties' impending settlement and the anticipated dismissal of this action, Plaintiffs' Motion to Compel (Doc. 34), Defendant's Motion for Evidentiary

Sanctions (Doc. 38), and Defendant's Motion to Exclude the Testimony of David Southwell (Doc. 47) are **DENIED-WITHOUT-PREJUDICE, as moot.**

**SO ORDERED**, this 24th day of October 2024.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
