IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

PAMELA WIEGAND AND STEVEN WIEGAND,

    Plaintiffs,

vs.

MICHELIN NORTH AMERICA, INC.

    Defendant.

CASE NO: 7:23-CV-00072(WLS)

## ORDER GRANTING
## STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice. [Doc. 53]

This case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**SO ORDERED:**
Dated this 25th day of November, 2024.

W. Louis Sands, Sr. Judge
United States District Court