IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PAMELA WIEGAND, et al., | * |
| Plaintiffs, | * |
| v. | Case No.   7:23-cv-72 (WLS) |
| | * |
| MICHELIN NORTH AMERICA INC, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated November 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of November, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk